# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | Criminal No. 18-000205-CG |
| | * | Enhancement: |
| **THOMAS CLIFFORD JOHNSTON** | * | 21 USC § 851 |

## INFORMATION TO ESTABLISH PRIOR CONVICTION

The defendant, **THOMAS CLIFFORD JOHNSTON,** has been previously convicted of a felony drug offense, to-wit; in the United States District Court for the Southern District of Alabama, Criminal Case Number 10-00307-CG, on February 21, 2011, for Attempted Manufacture of Methamphetamine; therefore, he is subject to the penalty provision in Title 21, United States Code, Section 851 and the second and subsequent penalties contained in 841(b)(1)(A), (B) and (C) as charged in the abovecaptioned indictment.

RICHARD W. MOORE
UNITED STATES ATTORNEY

By: s/ Gloria A. Bedwell
Gloria A. Bedwell bedwg1000
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251)441-5845
(251)441-5131 (fax)
gloria.bedwell@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I have filed the instant pleading with the Clerk of the Court using CM/ECF, which automatically serves a copy of the same upon counsel of record for the defendant, by email, this 5th day of September, 2018.

s/ Gloria A. Bedwell
Gloria A. Bedwell
Assistant United States Attorney